UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARITZA MIRANDA, | Case No. 2:25-02559 AH (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| THE PEOPLE OF VENTURA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), the Order Regarding Screening of Petition (Dkt. No. 16), Petitioner's First Amended Written Response (Dkt. No. 17), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 22), and all the records and files herein. Petitioner has not filed objections and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 22);

2. The Petition is denied and this action is dismissed; and

3. Judgment is to be entered accordingly.

DATED: DECEMBER 5, 2025

_____
THE HONORABLE ANNE HWANG
United States District Judge