JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA MIRANDA, | Case No. 2:25-02559 AH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF VENTURA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and this action dismissed.

DATED:  DECEMBER 5, 2025

_____
THE HONORABLE ANNE HWANG
United States District Judge